J. D. Jones, Appellant, v. Isabella Jones, Appellee. Isabella S. Jones, Appellee, v. J. D. Jones, Appellant.

Gen. No. 45,000, 45,001.

Temple & Wimbish, for appellant; George N. Leighton, of counsel; Prescott, Burroughs & Taylor, for appellee; Euclid Louis Taylor and Harry G. Fins, of counsel. Opinion by PRESIDING JUSTICE TUOHY. Not to be published in full. Opinion filed May 8, 1950; rehearing denied May 22, 1950; released for publication May 23, 1950.